# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REAGAN WHITNEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-1595** |
| **LOUIS PRIMA, JR., ET AL.** | **SECTION "E" (3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the plaintiff's complaint be and is hereby **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. 1915(e)(2)(B)(i).

**New Orleans, Louisiana, this 20th day of March, 2018.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**